UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NANTWORKS, LLC,<br>NANT HOLDINGS IP, LLC,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>NIANTIC, INC.,<br><br>   *Defendant*. | Case No. 3:20-CV-06262-LB<br><br>Magistrate Judge Laurel Beeler<br><br>**[PROPOSED] ORDER GRANTING NIANTIC'S MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UNDER RULE 12(B)(6)** |

  The Court, having considered Defendant Niantic, Inc.'s Motion to Dismiss for Failure to State a Claim under Fed. R. Civ. P. 12(b)(6) (the "Motion"), having considered the papers filed in support of and in opposition thereto, and having considered all arguments made by counsel, hereby finds that the Motion should be granted.

  **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Plaintiffs' allegations of pre-suit indirect infringement are **DISMISSED** with prejudice.

Dated: _____                 _____

                          HON. LAUREL BEELER
                          UNITED STATES MAGISTRATE JUDGE