UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| NANTWORKS, LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NIANTIC, INC.,<br><br>    Defendant. | Case No. 20-cv-06262-LB<br><br>**DISCOVERY ORDER**<br>Re: ECF No. 57 |

    Niantic wants to strike a sentence from NantWorks's response to Niantic's Interrogatory No. 1 — referencing "an embodiment of the '051 Patent invention" — on the ground that it conflicts with Nantworks's prior Patent Local Rule 3-1(g) statement that "it has no products that incorporate or reflect the asserted claims of the Asserted Patents."[1] Alternatively, it asks for a "full response" to the interrogatory and a "complete production" under Patent Local Rule 3-2.[2] NantWorks counters that there is no conflict with its disclosures and that compelling discovery is premature because the parties did not confer about the discovery (as the court's standing order requires).[3] The court can decide the dispute without oral argument. N.D. Cal Civ. L. R. 7-1(b).

---

[1] Discovery Letter Brief – ECF No. 57 at 1. Citations refer to the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] *Id.* at 3.

[3] *Id.* at 3–5.

ORDER – No. 20-cv-06262-LB

1   For the reasons advanced by NantWorks, the court denies the motion to strike the sentence.

2   The court denies the request for discovery without prejudice to the parties' raising the issue after

3   they have met and conferred.

4   **IT IS SO ORDERED.**

5   Dated: April 16, 2021

_____

LAUREL BEELER
United States Magistrate Judge