| | |
|---|---|
| DIAMOND McCARTHY LLP<br>Matthew K. Blackburn (CSB No. 261959)<br>mblackburn@diamondmccarthy.com<br>Evan E. Boetticher (CSB No. 274377)<br>evan.boetticher@diamondmccarthy.com<br>150 California Street, Suite 2200<br>San Francisco, California 94111<br>Tel: 415.692.5200 | Fax: 415.263.9200<br><br>Allan B. Diamond (*pro hac vice*)<br>adiamond@diamondmccarthy.com<br>John B. Sample, IV (*pro hac vice*)<br>john.sample@diamondmccarthy.com<br>909 Fannin Street, 37th Floor<br>Houston, Texas 77010<br>Tel: 713.333.5100 | Fax: 713.333.5199 | COOLEY LLP<br>Heidi L. Keefe (CSB No. 178960)<br>Dena Chen (CSB No. 286452)<br>Alexandra D. Leeper (CSB No. 307310)<br>Lauren J. Krickl (CSB No. 305379)<br>Patrick W. Lauppe (CSB No. 322218)<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br>hkeefe@cooley.com<br>dchen@cooley.com<br>aleeper@cooley.com<br>lkrickl@cooley.com<br>plauppe@cooley.com<br><br>COOLEY LLP<br>Michael G. Rhodes (CSB No. 116127)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>rhodesmg@cooley.com |
| *Attorneys for Plaintiffs NANTWORKS, LLC and NANT HOLDINGS IP, LLC* | *Attorney for Defendant NIANTIC, INC.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NANTWORKS, LLC, AND<br>NANT HOLDINGS IP, LLC.,<br><br>                      Plaintiffs,<br><br>   v.<br><br>NIANTIC, INC.,<br><br>                      Defendant. | CASE NO. 3:20-cv-06262-LB<br><br>**PATENT L.R. 4-3 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**<br><br>Hearing:  August 19, 2021 (11:00 A.M.)<br>Place:     Courtroom B, 15th Floor<br>Judge:    Honorable Laurel Beeler |

Pursuant to Patent Local Rule ("PLR") 4-3, Plaintiffs NantWorks, LLC, and Nant Holdings IP, LLC., (together, "NantWorks") and Defendant Niantic, Inc. ("Niantic") (collectively, the "Parties") having met and conferred, jointly submit this Joint Claim Construction and Prehearing Statement for the August 19, 2021 claim construction hearing on NantWorks' U.S. Patent No. 10,403,051 ("the '051 Patent") and U.S. Patent No. 10,664,518 ("the '518 Patent").

## I. CONSTRUCTION OF THOSE TERMS ON WHICH THE PARTIES AGREE (PLR 4-3(a))

To narrow their disputes, the counsel for the parties have meet and conferred on May 3rd and May 10th, and the parties have reached agreement on the constructions for the following claim terms:

| Term | Claim | Construction |
|---|---|---|
| "tessellated tiles" | '518 Patent, claim 1 | "tiles fitted together to cover an area without gaps" |

## II. CONSTRUCTION OF THOSE TERMS ON WHICH THE PARTIES DISAGREE, AND IDENTIFICATIONS OF EACH PARTY'S INTRINSIC AND EXTRINSIC EVIDENCE (PLR 4-3(b))

There are ten claim terms in dispute. The parties proposals as to the disputed claim terms are as follows:

| Claim Term | NantWorks' Proposed Construction and Support | Niantic's Proposed Construction and Support |
|---|---|---|
| "determine at least one context related to the AR capable device and pertinent to the environment based at least on the device location" ('051 Patent, claim 1) | Proposed Construction: Determine at least one augmented reality experience on the AR capable device based on real world element attributes related to the local environment of the AR capable device.<br><br>Intrinsic Evidence: '051 Patent: 2:3-15; 3:43-52; 3:49-52; 4:10-16; 4:42-44; 5:10-17; 7:67-8:3; 8:23-25; 8:41-44; 8:49-53; 9:13-26; 9:44-47; 11:4-8; 11:65-12:5; 12:13-21; 12:27-28; 12:31-37; 12:44-48; 13:1-7; 14:65-15:28; 15:34-43; 15:64-16:3; 16:20-23; 18:64-19:1; Figs 2, 3, 5.<br><br>File History: '405 Appl., Mar. 25, 2019 Amdt, pp. 11-14; and Apr. 10, 2019 Ntc of Allow., pp. 2-4; '244 Appl., March 3, 2014 Resp. Off. Act. p. 9.<br><br>Bathiche (U.S. App 09/167,787): ¶¶ 0021, 0048, 0052; Fig. 5. | Proposed Construction: It is presently unclear why NantWorks wishes to construe the entire claim element, or why plain and ordinary meaning does not suffice.<br><br>Intrinsic Evidence: '051 Patent: 6:39-41; 7:19-35; 8:23-24 |

| Claim Term | NantWorks' Proposed Construction and Support | Niantic's Proposed Construction and Support |
|---|---|---|
| "AR object" ('051 Patent, claim 1) | Proposed Construction: Data structure of at least the virtual object image for integration into an AR experience.<br><br>Intrinsic Evidence: '051 Patent: Abstract; 1:33-34; 2:1-3; 3:58-62; 4:12-16; 4:40-41; 5:10-17; 5:57-59; 5:66-6:7; 6:13-17; 7:19-25; 7:29-35; 9:15-28; 9:48-60; 14:20-26; 16:45-51; 16:61-17:6; 19:54-60; 20:23-26; Figs. 1, 2, 3, 4, 5, 6.<br><br>File History: '405 Appl., Mar. 25, 2019 Amdt, pp. 13-14; Apr. 10, 2019 Ntc of Allow., pp. 2-4; and Oct. 29, 2019 Amdt., pp. 1-4.<br><br>Extrinsic Evidence: Object, render, The American Heritage Dictionary, (5th ed. 2011) NW_NIANTIC_001760 - 1767; Object, render, Microsoft Encarta College Dictionary, (1st ed. 2001) NW_NIANTIC_001768 - 1774. | Proposed Construction: The virtual item that is to be presented to the user.<br><br>Intrinsic Evidence: '051 Patent: Abstract; Fig. 1, 4, 5, 6; 1:32-33; 5:57-59; 6:13-23; 6:36-38; 8:4-13; 9:9-60; 12:9-13; 15:62; 17:18; 21:17-18. |
| "AR object repository" / "AR repository" ('051 Patent, claim 1) | Proposed Construction: Plain and ordinary meaning. If the Court finds construction necessary: Memory storing AR objects.<br><br>Intrinsic Evidence: '051 Patent: 5:64-66; 7:59-60; 8:45-49; 8:57-60; 8:63-9:8; 10:46-51; 12:26-31; 19:1-4; Figs. 1, 2, 5.<br><br>File History: '405 Appl., Mar. 25, 2019 Amdt, pp. 13-14; Apr. 10, 2019 Ntc of Allow., pp. 2-4; and Oct. 29, 2019 Amdt., pp. 1-4. | Proposed Construction: The database(s) that contain(s) the AR objects.<br><br>Intrinsic Evidence: '051 Patent: 5:7-17; 5:64-66; 8:45–9:11; 19:1-4.<br><br>File History: 2019-3-25 Amdt/Req. Reconsideration After Non- Final Rejection, pp. 13-14. |

| Claim Term | NantWorks' Proposed Construction and Support | Niantic's Proposed Construction and Support |
|---|---|---|
| "identify relevant AR objects from the AR repository representing available AR objects corresponding to the at least one context" ('051 Patent, claim 1) | Proposed Construction: Identify a set of AR objects from the AR repository based on context and identify relevant AR objects that are within that set.<br><br>Intrinsic Evidence: '051 Patent: 5:64-66; 7:59-60; 8:45-49; 8:57-60; 8:63-9:8; 10:46-51; 12:16-21; 12:26-31; and 19:1-4; Figs. 1, 2, 3, 5.<br><br>File History: '405 Appl., Mar. 25, 2019 Amdt, pp. 13-14; Apr. 10, 2019 Ntc of Allow., pp. 2-4;  and Oct. 29, 2019 Amdt., pp. 1-4. | Proposed Construction: See above for the terms "AR object" and "AR repository." It is presently unclear why NantWorks wishes to construe the entire claim element, or why plain and ordinary meaning does not suffice for the remainder.<br><br>Intrinsic Evidence: See above for the terms "AR object" and "AR repository." |
| "alter presence" / "altered presence" ('051 Patent, claim 1) | Proposed Construction: The degree of at least a relevant AR object's visual presentation based on a spectrum.<br><br>Intrinsic Evidence: '051 Patent: Abstract; 4:40-41; 5:38-43; 15:58-16:3; 16:20-29; 16:36-39; 16:47-60; 16:67-17:6; 17:51-59; 17:63-18:9; 18:2-6; 18:10-13; 18:18-25; 18:36-45; Fig. 4.<br><br>File History: '405 Appl., Apr. 10, 2019 Ntc of Allow., pp. 2-4; '244 Appl., July 18, 2013 Resp. Off. Act. p. 5-7; '244 Appl., Sept. 26, 2013 Resp. Off. Act. p. 5; Oct. 18, 2013 Resp. Off. Act. p. 6; and Mar. 3, 2013 Resp. Off. Act. p. 9, 11. | Proposed Construction: Change anything about the object's presentation.<br><br>Intrinsic Evidence: '051 Patent: Abstract; 18:18-45. |

| Claim Term | NantWorks' Proposed Construction and Support | Niantic's Proposed Construction and Support |
|---|---|---|
| "determine whether to alter presence of a relevant AR object based on at least the device location and the virtual element attribute" ('051 Patent, claim 1) | Proposed Construction: Determine the degree of at least a relevant AR object's visual presentation based on a spectrum based on at least the device location, AR object attributes, and the virtual element attribute.<br><br>Intrinsic Evidence: '051 Patent: Abstract; 5:38-42; 15:58-62; 16:21-27; 16:49-51; 18:2-6; 18:18-32; and 18:36-45; Figs 1, 2, 3, 4.<br><br>File History: '405 Appl., Apr. 10, 2019 Ntc of Allow., pp. 2-4. | Proposed Construction: See above for the terms "AR object" and "alter presence." It is presently unclear why NantWorks wishes to construe the entire claim element, or why plain and ordinary meaning does not suffice for the remainder.<br><br>See above for the terms "AR object" and "alter presence." |
| "obtain[ing] an area of interest via an area database based on at least the device location within the sensor data" ('518 Patent, claim 1) | Proposed Construction: Obtain data from a database related to the layout of a real-world space, area, or setting based on at least the device location within the sensor data.<br><br>Intrinsic Evidence: '518 Patent: 2:23-25; 2:30-37; 2:45-55; 2:58-66; 4:5-6; 4:63-67; 5:9-15; 5:21-24; 5:30-35; 5:36-63; 5:58-64; 6:35-38; 6:44-52; 8:8-25; 8:36-39; 8:46-57; 9:38-41; 10:25-29; 10:35-41; 10:42-46; 11:1-11; 11:25-39; 11:55-62.<br><br>File History: '419 Appl: Nov. 4, 2019 Office Action, pp. 17-18, 22-23, 27; and Jan. 21, 2020 Ntc of Allow., pp. 2-4. | Proposed Construction: It is presently unclear why NantWorks wishes to construe the entire claim element, or why plain and ordinary meaning does not suffice.<br><br>Intrinsic Evidence: '518 Patent: 26:54-55 |

| Claim Term | NantWorks' Proposed Construction and Support | Niantic's Proposed Construction and Support |
|---|---|---|
| "AR content objects" ('518 Patent, claim 1) | Proposed Construction: Data structure including at least the content that is to be visually presented to generate an augmented reality experience.<br><br>Intrinsic Evidence:<br>'518 Patent: Abstract; 2:26-29; 2:38-44; 3:10-15; 3:39-42; 3:54-61; 5:8-19; 7:9-23; 7:24-31; 7:36-41; 8:19-25; 15:2-13; 16:42-52; 18:8-11; 19:33-36; 19:45-54; 19:55-20:12; 25:5-14; Figs. 1, 2, 5, 6.<br><br>File History: '419 Appl: Nov. 4, 2019 Office Action, pp. 17-18, 22-23, 27; and Jan. 21, 2020 Ntc of Allow., pp. 2-4.<br><br>Extrinsic Evidence: Object, render, The American Heritage Dictionary, (5th ed. 2011) NW_NIANTIC_001760 - 1767; Object, render, Microsoft Encarta College Dictionary, (1st ed. 2001) NW_NIANTIC_001768 - 1774 . | Proposed Construction: The virtual items that are to be presented to the user.<br><br>Intrinsic Evidence:<br>'518 Patent: Abstract; 2:19-22; 2:39-41; 3:54-61; 5:8-19; 7:9-35; 14:64–15:2; 25:12-14. |

| Claim Term | NantWorks' Proposed Construction and Support | Niantic's Proposed Construction and Support |
|---|---|---|
| "an area tile map of the area of interest, the area tile map represented by a set of tile subareas that includes one or more tessellated tiles from a tessellated tile map" ('518 Patent, claim 1) | Proposed Construction: Map of an area of interest divided into tiles including subsets set of tiles having at least one tessellated tile from a tessellated tile map.<br><br>Intrinsic Evidence: '518 Patent: 3:35-42; 3:45-52; 4:11-12; 4:48-52; 14:39-48; 16:13-24; 17:57-62; 18:36-45; 20:26-31; Figs. 5, 6.<br><br>File History: ('419 Appl.): Nov. 4, 2019 Office Action, pp. 17-18, 27; and Jan. 21, 2020 Ntc of Allow., pp. 2-4.<br><br>Extrinsic Evidence: Tessellate, The American Heritage Dictionary, (5th ed. 2011) NW_NIANTIC_001760 - 1767; Tessellate, Microsoft Encarta College Dictionary, (1st ed. 2001) NW_NIANTIC_001768 - 1774 . | Proposed Construction: See above for the term "tessellated tiles." It is presently unclear why NantWorks wishes to construe the entire claim element, or why plain and ordinary meaning does not suffice for the remainder.<br><br>See above for the term "tessellated tiles." |
| "associated with" ('518 Patent, claim 1) | Proposed Construction: Plain and ordinary meaning.<br><br>Intrinsic Evidence: '518 Patent: 3:39-42; 11:55-62; 12:7-19; 16:42-52; 18:36-45; 20:2-5; and 20:16-19.<br><br>File History: '419 Appl: Nov. 4, 2019 Office Action, pp. 17-18, 22-24, 27-28; and Jan. 21, 2020 Ntc of Allow., pp. 2-4.<br><br>Extrinsic Evidence: Associate, The American Heritage Dictionary, (5th ed. 2011) NW_NIANTIC_001760 - 1767 ; Associate, Microsoft Encarta College Dictionary, (1st ed. 2001) NW_NIANTIC_001768 - 1774 . | Proposed Construction: Bound to<br><br>Intrinsic Evidence: '518 Patent: 3:34-42; 12:40-46; 15:14-31; 15:36-65; 16:42-52; 16:57-17:21; 18:4-12; 18:42-58<br><br>Extrinsic Evidence: Associate, The American Heritage Dictionary, (5th ed. 2011) NW_NIANTIC_001760 - 1767 ; Associate, Microsoft Encarta College Dictionary, (1st ed. 2001) NW_NIANTIC_001768 - 1774. |

### III. IDENTIFICATIONS OF SIGNIFICANT TERMS AND WHETHER THOSE TERMS WILL BE CASE OR CLAIM DISPOSITIVE (PLR 4-3(c))

In Section II above, NantWorks and Niantic have consolidated their proposed terms for construction to a total of ten (10) terms, which include the case or claim dispositive terms for the Court's consideration. NantWorks additionally identifies the following terms as the most significant terms: "alter presence" / "altered presence" ('051 Patent, claim 1), "determine whether to alter presence of a relevant AR object based on at least the device location and the virtual element attribute" ('051 Patent, claim 1), "obtain[ing] an area of interest via an area database based on at least the device location within the sensor data" ('518 Patent, claim 1), and "an area tile map of the area of interest, the area tile map represented by a set of tile subareas that includes one or more tessellated tiles from a tessellated tile map" ('518 Patent, claim 1).

Niantic identifies the following terms as the most significant terms: "alter presence" / "altered presence" ('051 Patent, claim 1), "AR object repository" / "AR repository" ('051 Patent, claim 1), "associated with" ('518 Patent, claim 1).

### IV. ANTICIPATED LENGTH OF TIME NECESSARY FOR THE CLAIM CONSTRUCTION HEARING (PLR 4-3(d))

NantWorks and Niantic believe that two to three hours would be sufficient for the claim construction hearing.

### V. IDENTITY OF ANTICIPATED WITNESSES (PLR 4-3(e))

At this time, neither NantWorks nor Niantic intends to call any witnesses at the claim construction hearing.

### VI. FACTUAL FINDINGS REQUESTED FROM THE COURT RELATED TO CLAIM CONSTRUCTION (PLR 4-3(f))

The Parties do not request any factual findings, as they believe that all claim-construction issues presented here are pure questions of law.

**Attestation Under Civil Local Rule 5-1**

Pursuant to Civil Local Rule 5-1(i)(3), by his signature below, counsel for NantWorks

1  attests under penalty of perjury that counsel for Niantic concurs in the filing of this document and
2  consents to the affixing of her electronic signature on this document.

3  DATED: May 18, 2021                     DIAMOND MCCARTHY LLP

4                                          By:    /s/ Matthew K. Blackburn
                                                  Matthew K. Blackburn
5                                                 Evan E. Boetticher
                                                  Allan B. Diamond
6                                                 John B. Sample, IV

7                                          *Attorneys for Plaintiffs NANTWORKS, LLC
                                              and NANT HOLDINGS IP, LLC*
8
                                            COOLEY LLP
9
10                                          By:    /s/ Heidi Keefe
                                                  Michael G. Rhodes
11                                                Heidi L. Keefe
                                                  Dena Chen
12                                                Alexandra D. Leeper
                                                  Lauren J. Krickl
13                                                Patrick W. Lauppe

14                                          *Attorneys for Defendant NIANTIC, INC.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28