UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NANTWORKS, LLC,<br>NANT HOLDINGS IP, LLC,<br><br>   Plaintiffs,<br><br>  v.<br><br>NIANTIC, INC.,<br><br>   Defendant. | Case No. 3:20-CV-06262-LB<br><br>Magistrate Judge Laurel Beeler<br><br>**[ORDER GRANTING DEFENDANT NIANTIC, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER A THIRD PARTY'S MATERIAL SHOULD BE SEALED** |

Before the Court is an Administrative Motion to Consider Whether a Third Party's Material Should be Sealed per Local Rule 79-5 relating to Exhibit A attached to the parties' June 22, 2023 joint discovery letter.

Having considered the Administrative Motion, and finding good cause for the motion, the Court hereby **GRANTS** the Administrative Motion and Orders **SEALED** the following:

| Document | Portion to be Filed under Seal |
|---|---|
| Exhibit A to the parties' June 22, 2023 joint discovery letter (Turf Wars claim chart) | Narrowly tailored portions of the chart containing excerpts of source code designated by third-party MeanFreePath LLC as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" (Dkt. 47, 60). The portions are identified in orange on pages 9, 13-16, 22-25, 29-31, 34-35, 39-40, 45, 61-62, and 65-66. |

**IT IS SO ORDERED**.

Dated: June 30, 2023

                _____
                HON. LAUREL BEELER
                UNITED STATES MAGISTRATE JUDGE