SULLIVAN BLACKBURN PRATT LLP
Matthew K. Blackburn (CSB No. 261959)
mblackburn@sullivanblackburn.com
Evan E. Boetticher (CSB No. 274377)
evan.boetticher@sullivanblackburn.com
456 Montgomery Street, Suite 900
San Francisco, California 94104-1242
Tel: 415.691.4518 | Fax: 415.996.2955

*Attorneys for Plaintiffs/Counter-Defendants*
    *NANTWORKS, LLC*
    *and NANT HOLDINGS IP, LLC*

COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
DENA CHEN (286452)
(dchen@cooley.com)
ALEXANDRA LEEPER (307310)
(aleeper@cooley.com)
PATRICK W. LAUPPE (322218)
(plauppe@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:     (650) 843-5000
Facsimile:     (650) 849-7400

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

*Attorneys for Defendant*
*NIANTIC, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NANTWORKS, LLC, AND NANT HOLDINGS IP, LLC., <br><br>    Plaintiffs and Counter-Defendants, <br><br>    v. <br><br>NIANTIC, INC., <br><br>    Defendant and Counter-Claimant. | CASE NO. 3:20-cv-06262-LB <br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE THE CMC** |

1  The parties have conferred and respectfully request that the Court continue the Case
2  Management Conference from August 24, 2023 to August 31, 2023
3
4                                            Respectfully submitted,
5  DATED: August 17, 2023              SULLIVAN BLACKBURN PRATT LLP
6                                      By:    /s/ Matthew K. Blackburn
                                               Matthew K. Blackburn
7                                              Evan E. Boetticher
8                                      Attorneys for Plaintiffs NANTWORKS, LLC
                                              and NANT HOLDINGS IP, LLC
9
10 DATED:  August 17, 2023             COOLEY LLP
11                                     By:    /s/ Heidi L. Keefe
                                               Michael G. Rhodes
12                                             Heidi L. Keefe
                                               Dena Chen
13                                             Alexandra M. Leeper
                                               Patrick W. Lauppe
14
15                                     *Attorneys for Defendant NIANTIC, INC.*
16
17                                           ATTESTATION
18     Counsel for Plaintiffs hereby attests by the signature below that concurrence in the filing of
19 this document was obtained from counsel for Defendant Niantic, Inc.
20
21  DATED: August 17, 2023             SULLIVAN BLACKBURN PRATT LLP
22                                     By:    /s/ Matthew K. Blackburn
23                                             Matthew K. Blackburn
                                               Evan E. Boetticher
24
                                       Attorneys for Plaintiffs NANTWORKS, LLC and
25                                            NANT HOLDINGS IP, LLC
26
27
28

**[~~PROPOSED~~] ORDER**

The CMC Hearing is hereby moved to **August ~~24~~ 31, 2023 at 9:30 a.m.** The CMC statement deadline is moved to **August ~~31~~ 24, 2023.**

**IT IS SO ORDERED.**

Dated:   August 18, 2023

_____
HON. LAUREL BEELER
United States Magistrate Judge