COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
DENA CHEN (286452)
(dchen@cooley.com)
ALEXANDRA LEEPER (307310)
(aleeper@cooley.com)
PATRICK LAUPPE (322218)
(plauppe@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:    (650) 843 5000
Facsimile:    (650) 849 7400

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:    (415) 693 2000
Facsimile:    (415) 693 2222

Attorneys for Defendant
NIANTIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NANTWORKS, LLC,<br>NANT HOLDINGS IP, LLC,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>NIANTIC, INC.,<br><br>   *Defendant*. | Case No. 3:20-CV-06262-LB<br><br>**DECLARATION OF MATTHEW J. BRIGHAM IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' DAMAGES EXPERT ALAN GOEDDE**<br><br>DATE: May 30, 2024<br>TIME: 9:30 a.m.<br><br>Courtroom B – 15th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 |

I, Matthew J. Brigham, declare as follows:

1. I am an attorney at the law firm of Cooley LLP and am counsel for Defendant Niantic, Inc. ("Niantic") in the above-captioned case. I provide this declaration upon personal knowledge and, if called upon as a witness, would testify competently as to the matters recited herein.

2. Attached as **Exhibit A** is a true and correct copy of the Expert Report of Alan G. Goedde, Ph.D., dated December 21, 2023, which was marked "CONFIDENTIAL – ATTORNEY'S EYES ONLY" and is being filed under seal.

3. Attached as **Exhibit B** is a true and correct copy of excerpts from the deposition transcript of Alan Goedde, dated March 12, 2024, which was marked "Highly Confidential – Attorneys' Eyes Only" and is being filed under seal.

4. Attached as **Exhibit C** is a true and correct copy of the Rebuttal Expert Report Regarding Damages of Julia Rowe, dated February 2, 2024, which was marked "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and is being filed under seal.

5. Attached as **Exhibit D** is a true and correct copy of excerpts from the deposition transcript of Matthew Turk, Ph.D., dated March 20, 2024, which was marked "HIGHLY CONFIDENTIAL" and is being filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 18, 2024, in Palo Alto, California.

*/s/ Matthew J. Brigham*
Matthew J. Brigham