Matthew K. Blackburn (SBN 261959)
MBlackburn@lewisroca.com
Evan E. Boetticher (SBN 274377)
EBoetticher@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
100 Pine Street, Suite 1750
San Francisco, CA 94111
Tel:    650.391.1380
Fax:    650.391.1395

*Attorneys for Plaintiffs and Counter-
   Defendants NANTWORKS, LLC
   and NANT HOLDINGS IP, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NANTWORKS, LLC, AND<br>NANT HOLDINGS IP, LLC.,<br><br>　　　Plaintiffs and Counter-Defendants,<br><br>　　　v.<br><br>NIANTIC, INC.,<br><br>　　　Defendant and Counter-Claimant. | CASE NO. 3:20-cv-06262-LB<br><br>**EVAN BOETTICHER DECLARATION IN SUPPORT OF NANTWORKS MOTION TO EXCLUDE MS. ROWE AND DR. POLISH**<br><br>DATE:    MAY 30, 2024<br>TIME:    9:30 a.m.<br>PLACE:   Courtroom 15B<br>JUDGE:   Hon. Laurel Beeler |

I, Evan E. Boetticher, do hereby declare as follows:

1. I am an attorney for the Lewis Roca Rothgerber Christie law firm and am counsel for Plaintiffs/Counter-Defendants NantWorks, LLP and NantWorks Holdings IP, LLC (collectively "NantWorks") in the above captioned case. I provide this declaration upon personal knowledge and if called upon as a witness, would testify competently as to the matters recited herein.

2. Attached as **Exhibit 1** is a true and correct copy of the Rebuttal Expert Report Regarding Damages of Julia Rowe, dated February 6, 2024.

1

CASE NO. 3:20-cv-06262-LB

124556492.1

3. Attached as **Exhibit 2** is a true and correct copy of excerpts from the deposition transcript of Julia Rowe, dated April 3, 2024.

4. Attached as **Exhibit 3** is a true and correct copy of the Opening Expert Report of Dr. Nathaniel Polish, dated December 21, 2023, without appendices.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts from Appendix F (Parallel Kingdom) to the Opening Expert Report of Nathaniel Polish, Ph.D.

6. Attached as **Exhibit 5** is a true and correct copy of excerpts from Appendix E (Turf Wars) to the Opening Expert Report of Nathaniel Polish, Ph.D.

7. Attached as **Exhibit 6** is a true and correct copy of U.S. Patent No. 9,317,133 to Korah.

8. Attached as **Exhibit 7** is a true and correct copy of Appendix 1 (curriculum vitae) to the Opening Expert Report of Nathaniel Polish, Ph.D.

9. Attached as **Exhibit 8** is a true and correct copy of excerpts from the deposition transcript of Nathaniel Polish, dated March 14, 2024.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

EXECUTED at Cupertino, California on this 18th day of April 2024.

By: /s/*Evan Boetticher*
Evan E. Boetticher