Matthew K. Blackburn (SBN 261959)
MBlackburn@lewisroca.com
Evan E. Boetticher (SBN 274377)
EBoetticher@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
100 Pine Street, Suite 1750
San Francisco, CA 94111
Tel:   650.391.1380
Fax:   650.391.1395

*Attorneys for Plaintiffs and Counter-
 Defendants NANTWORKS, LLC
 and NANT HOLDINGS IP, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NANTWORKS, LLC, AND NANT HOLDINGS IP, LLC., <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> NIANTIC, INC., <br><br> Defendant and Counter-Claimant. | CASE NO. 3:20-cv-06262-LB <br><br> **DECLARATION OF MATTHEW K. BLACKBURN IN SUPPORT OF PLAINTIFFS NANTWORKS, LLC AND NANT HOLDINGS IP, LLC'S OPPOSITION TO NIANTIC'S MOTION TO EXCLUDE CERTAIN TESTIMONY OF PLAINTIFFS' DAMAGES EXPERT ALAN GOEDDE** <br><br> DATE:   MAY 30, 2024 <br> TIME:   9:30 a.m. <br> PLACE: Courtroom 15B <br> JUDGE:  Hon. Laurel Beeler |

I, Matthew K. Blackburn, do hereby declare as follows:

1. I am a partner with the Lewis Roca Rothgerber Christie law firm and am counsel for Plaintiffs/Counter-Defendants NantWorks, LLP and NantWorks Holdings IP, LLC (collectively "NantWorks") in the above captioned case. I provide this declaration upon personal knowledge and if called upon as a witness, would testify competently as to the matters recited herein.

2.  Attached as **Exhibit 1** is a true and correct copy of a March 12, 2024 email that I sent to one of Niantic's counsel (Matthew Brigham) and the attached "Corrected Schedule 2.xlsx." The data in the corrected schedule is derived from documents that Niantic has designated as "HIGHLY CONFIDENTIAL" and is being separately filed under seal.

3.  Attached as **Exhibit 2** is a true and correct copy of a native document that Niantic produce with bates number NIA_00151611 and which was marked "HIGHLY CONFIDENTIAL" and is being separately filed under seal.

4.  Attached as **Exhibit 3** is a true and correct copy of selected pages from the transcript of the April 3, 2024 deposition of Ms. Julia Rowe, which was marked "HIGHLY CONFIDENTIAL" and is being separately filed under seal.

5.  Attached as **Exhibit 4** is a true and correct copy of selected pages from the transcript of the deposition of March 12, 2024 Dr. Alan Goedde, which was marked "HIGHLY CONFIDENTIAL" and is being separately filed under seal.

6.  Attached as **Exhibit 4** is a true and correct copy of selected pages from the transcript of the March 20, 2024 deposition of Dr. Matthew Turk, which was marked "HIGHLY CONFIDENTIAL" and is being separately filed under seal.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

EXECUTED at San Francisco, California on this 9th day of May 2024.

By: /s/*Matthew K. Blackburn*
Matthew K. Blackburn