UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| NANTWORKS, LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NIANTIC, INC.,<br><br>    Defendant. | Case No. 20-cv-06262-LB<br><br>**JUDGMENT** |

On July 6, 2024, the court granted Niantic's motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of Niantic, Inc. and against NantWorks, LLC. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 9, 2024

LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 20-cv-06262-LB