*Counsel listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NANTWORKS, LLC,<br>NANT HOLDINGS IP, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>NIANTIC, INC.,<br><br>    Defendant. | Case No. 3:20-CV-06262-LB<br><br>Magistrate Judge Laurel Beeler<br><br>**JOINT STIPULATION AND [PROPOSED]**<br>**ORDER RE: SCHEDULE FOR REQUESTING**<br>**FEES AND COSTS** |

WHEREAS, Plaintiffs NantWorks, LLC and Nant Holdings IP, LLC (collectively, "NantWorks") and Defendant Niantic, Inc. ("Niantic") (NantWorks and Niantic collectively "the Parties") hereby submit this joint stipulation and move for entry of the attached proposed order regarding the schedule for requesting fees and costs;

WHEREAS, on July 9, 2024, the Court entered judgment (Dkt. 340);

WHEREAS, pursuant to Federal Rule of Civil Procedure 54(d)(2)(B), "[u]nless a statute or a court order provides otherwise," a motion for attorney's fees must be "filed no later than 14 days after the entry of judgment" and;

1  WHEREAS, pursuant to Civil Local Rule 54-1(a), "[n]o later than 14 days after entry of judgment or order under which costs may be claimed, a prevailing party claiming taxable costs must serve and file a bill of costs";

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the Court's approval:

The Parties stipulate that, in order to promote judicial efficiency and to conserve litigation costs, the deadlines to file the Bill of Costs and any Motion for Fees in connection with this case be extended to 14 days after the Federal Circuit mandate issues on any appeal of this Court's July 9 judgment. NantWorks otherwise reserves all rights to appeal the July 9 judgment and all the orders and decision in this case that are appealable and also reserves all rights to object to, or otherwise oppose, such motion to seek attorneys' fees and/or costs.

DATED: July 23, 2024          LEWIS ROCA ROTHGERBER CHRISTIE LLP

/s/ Evan E. Boetticher
Matthew K. Blackburn (SBN 261959)
MBlackburn@lewisroca.com
Evan E. Boetticher (SBN 274377)
EBoetticher@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
100 Pine Street, Suite 1750
San Francisco, CA 94111
Tel: 650.391.1380

*Attorneys for Plaintiffs NANTWORKS, LLC and NANT HOLDINGS IP, LLC*

DATED: July 23, 2024          COOLEY LLP

/s/ Heidi L. Keefe
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
DENA CHEN (286452)
(dchen@cooley.com)
ALEXANDRA LEEPER (307310)
(aleeper@cooley.com)

PATRICK W. LAUPPE (322218)
(plauppe@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: (650) 843 5000
FACSIMILE: (650) 849 7400

MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone: (415) 693 2000
Facsimile: (415) 693 2222

*Attorneys for Defendant Niantic, Inc.*

<u>ATTESTATION</u>

Counsel for Defendant hereby attests by the signature below that counsel for Plaintiffs has concurred in the filing of this document.

DATED: July 23, 2024                                        COOLEY LLP

*/s/ Heidi L. Keefe*
HEIDI L. KEEFE

**[~~Proposed~~] Order**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: ____July 24, 2024_____                    _____
                                                    HON. LAUREL BEELER
                                                    United States Magistrate Judge