1  Matthew K. Blackburn (SBN 261959)
   MBlackburn@lewisroca.com
2  Evan E. Boetticher (SBN 274377)
   EBoetticher@lewisroca.com
3  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   100 Pine Street, Suite 1750
4  San Francisco, CA 94111
   Tel:    650.391.1380
5  Fax:    650.391.1395

6  *Attorneys for Plaintiffs and Counter-
       Defendants NANTWORKS, LLC
7      and NANT HOLDINGS IP, LLC*

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN FRANCISCO DIVISION**

11 | NANTWORKS, LLC, AND
   | NANT HOLDINGS IP, LLC,
12 |
   |                                          CASE NO. 3:20-cv-06262-LB
13 |         Plaintiffs and Counter-Defendants,
   |                                          **PLAINTIFFS NANTWORKS, LLC AND**
14 |   v.                                     **NANT HOLDINGS, LLC NOTICE OF**
   |                                          **APPEAL**
15 | NIANTIC, INC.,
   |
16 |         Defendant and Counter-Claimant.

17         **PLEASE TAKE NOTICE** THAT, pursuant to 28 U.S.C. § 1295(a)(1), Plaintiffs

18  NantWorks, LLC and Nant Holding IP, LLC appeal to the United States Court of Appeals for the

19  Federal Circuit from this Court's final judgment in this action (ECF No. 340), and from any and

20  all other preceding and subsequent judgments, opinions, decisions, orders, rulings, findings, and

21  conclusions, whether oral or written, that underly, are subsidiary thereto, subsumed therein,

22  intertwined with, or merged thereinto in this case including but not limited to those relating to

23  discovery and other pre-trial matters (*e.g.*, ECF Nos. 35, 87, 96, 105, 135, 149, 285, and 339). This

24  Notice is timely under Federal Rule of Appellate Procedure 4(a)(1)(A), because it was filed within

25  30 days from the entry of the Final Judgment.

26         A payment of $605, representing the $600 docketing fee required by Federal Circuit Rule

27  52(a)(3), and the $5 filing fee specified in 28 U.S.C. § 1917, is provided with this Notice of

28  Appeal, pursuant to Federal Rule Appellate Procedure 3(e) and Federal Circuit Rule 52(a)(2).

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | DATED:  August 7, 2024 | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| 4 |   | By:  /s/Matthew K. Blackburn |
| 5 |   | Matthew K. Blackburn |
|   |   | Evan E. Boetticher |
| 6 |   | *Attorneys for Plaintiffs and Counter-Defendants NANTWORKS, LLC and NANT HOLDINGS IP, LLC* |